**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.  08MJ0207 |
| Plaintiff, | ) |
| v. | )  **NOTICE OF APPEARANCE** |
| JOSE MANUEL CEJA, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  January 31, 2008         /s/   Leila W. Morgan
                                               **LEILA W. MORGAN**
                                               Federal Defenders of San Diego, Inc.
                                               Leila_Morgan@fd.org
                                               Attorneys for Defendant

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

information and belief, and that  a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  January 31, 2008                    */s/ Leila W. Morgan*
                                            **LEILA W. MORGAN**
                                            Federal Defenders of San Diego, Inc.
                                            Leila_Morgan@fd.org