FILED
08 FEB -6 PM 3:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 08 CR 0294 BEN |
|             Plaintiff,     ) | |
|         v.                 ) | **I N D I C T M E N T** |
|                            ) | Title 8, U.S.C., Secs. 1326(a) |
| JOSE MANUEL CEJA,          ) | and (b) - Attempted Entry After |
|   aka Jose Ceja Maciel,    ) | Deportation |
|                            ) | |
|             Defendant.     ) | |

The grand jury charges:

On or about January 22, 2008, within the Southern District of California, defendant JOSE MANUEL CEJA, aka Jose Ceja Maciel, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

//

WDK:fer:San Diego
2/5/08

1 border from Mexico into the United States, that was a substantial step
2 toward committing the offense, all in violation of Title 8, United
3 States Code, Sections 1326(a) and (b).
4     It is further alleged that defendant JOSE MANUEL CEJA, aka Jose
5 Ceja Maciel, was removed from the United States subsequent to
6 January 20, 1999.
7     DATED: February 5, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
DOUGLAS KEEHN
Assistant U.S. Attorney